# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|                                |       |                               |
|--------------------------------|-------|-------------------------------|
| UNITED STATES OF AMERICA,      | :     |                               |
|                                | :     |                               |
| Plaintiff,                     | :     |                               |
|                                | :     |                               |
| v.                             | :     | Criminal Action No. 05- 39    |
|                                | :     |                               |
| JEFFREY A. BENTLEY,            | :     |                               |
|                                | :     |                               |
| Defendant.                     | :     |                               |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Anne Y. Park, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Jeffrey A. Bentley, pursuant to an Indictment returned against him by the Federal Grand Jury on April 26, 2005.

COLM F. CONNOLLY
United States Attorney

BY: _____

Anne Y. Park
Assistant United States Attorney

Dated:  April 26, 2005

**AND NOW**, this ____ day of _____, 2005, based upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Jeffrey A. Bentley.

_____

HONORABLE MARY PAT THYNGE
United States Magistrate Judge