IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-39 |
| JEFFREY A. BENTLEY, | : |
| Defendant. | : |

**PETITION FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by its attorney, Anne Y. Park, Assistant United States Attorney for the District of Delaware, respectfully shows:

1. On April 26, 2005, an Indictment was returned by the Federal Grand Jury charging the defendant with violations of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1), Title 18, United States Code, Section 1951, and Title 18, United States Code, Section 924(c)(1)(A)(ii).

2. An initial appearance is scheduled for May 5, 2005, at 2:00 P.M..

3. Jeffrey A. Bentley is currently incarcerated at the Delaware Correctional Center, Smyrna, Delaware.

**WHEREFORE,** the United States prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the United States Marshal, District of Delaware, and to the Warden of the Delaware Correctional Center, Smyra, Delaware, to bring Jeffrey A. Bentley before the Court on May 5, 2005, at 2:00 P.M., and to be returned to the Warden of the Delaware

Correctional Center, Smyra, Delaware, only after a final disposition of the charges against the defendant has occurred in the District of Delaware.

COLM F. CONNOLLY
United States Attorney

BY: _____
Anne Y. Park
Assistant United States Attorney

Dated: April 26, 2005

**IT IS SO ORDERED** this _28th_ day of _APRIL_, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge