## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|     Plaintiff, § | |
| § | CRIMINAL ACTION NO. 05-39-GMS |
| v. § | |
| § | |
| JEFFREY A. BENTLEY § | |
|     Defendant. § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, AND WARDEN OF THE DELAWARE CORRECTIONAL CENTER, SMYRNA, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **JEFFREY A. BENTLEY** who is now detained and imprisoned at THE DELAWARE CORRECTIONAL CENTER, SMYRNA, DELAWARE and who is a defendant in the above-entitled cause, in which cause the said **JEFFREY A. BENTLEY** was charged with violation of Title 18 U.S. Code, Section 922(g)(1) and 924 (e)(1); and Title 18 U.S. Code, Section 1951 and Title 18 U.S. Code Section 924( c )(1)(A)(ii) scheduled for an **INITIAL APPEARANCE ON May 11, 2005 AT 2:00 PM**, and to be remain in the custody of the United States Marshal until the conclusion of the charges in the District of Delaware, as the court may direct.

    And have you then and there this writ.

    To the Marshal of the District of Delaware to execute.

WITNESS the Honorable MARY PAT THYNGE, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 28th day of April 2005.

                                              PETER T. DALLEO, CLERK

                                  By: _____
                                                Deputy Clerk