AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| JEFFREY A. BENTLEY | Case Number: CR 05-39-UNA |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JEFFREY A. BENTLEY _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment  ☐ Information  ☐ Complain  ☐ Order of court    Violation    Probation Violation Petition

charging him or her    (brief description of offense)

POSSESSION OF A FIREARM BY A FELON;
ROBBERY ( HOBBS ACT );
POSSESSION OF A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

in violation of _____ 18 _____ United States Code, Section(s) _____ 922(g)(1) and 924(a)(2),(e)(1) _____

| Peter T. Dalleo | Clerk, United States District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| By: [signature] ; Deputy Clerk | 4/26/2005 in Wilmington, DE |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _____ | by _____ |
| | Name of Judicial Officer |

**FILED MAY 11 2005 U.S. DISTRICT COURT**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ | | |
| Jeffrey A. Bentley | | |
| DATE RECEIVED 4-26-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5-11-05 | DEA William David Dunn | William Dunn |

AO 442    (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                      _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____