# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-39 |
| JEFFREY A. BENTLEY, | : | |
| Defendant. | : | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   __X__ Crime of violence (18 U.S.C. § 3156)

   __X__ Maximum sentence life imprisonment or death

   ____ 10+ year drug offense

   ____ Felony, with two prior convictions in above categories

   __X__ Serious risk defendant will flee

   ____ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

   3.  **Rebuttable Presumption**.  The United States will invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

      X   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

   4.  **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

    _____ At first appearance

      X   After continuance of   3   days (not more than 3).

   5.  **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

     _____ (a) on release pending trial for a felony;

     _____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

     _____ (c) on probation or parole for an offense.

   _____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

   _____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

    _____

    _____


DATED this __12th__ day of __May__, 2005.

                        COLM F. CONNOLLY
                        United States Attorney


BY:    ___/s/_____
         Anne Y. Park
         Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-39 |
| JEFFREY A. BENTLEY, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

     I, Anne Y. Park, Assistant United States Attorney for the District of Delaware, hereby certify that on the 12th day of May, 2005, I electronically filed the Government's Motion for Detention Hearing with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Penny Marshall, Esquire  
Federal Public Defender  
First Federal Plaza, Suite 110  
704 King Street  
Wilmington, DE 19801

                                          /s/  
                                      Anne Y. Park  
                                      Assistant United States Attorney