*FILED IN OPEN COURT 5/16/05 KJK.*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) CASE NO. CR05-39-GMS
vs. )
)
JEFFREY BENTLEY )
)
Defendant. )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **May 16, 2005** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until **June 30, 2005**. The time between the date of this order and **June 30, 2005** shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161, et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

F I L E D

MAY 1 6 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE