IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-39-GMS |
| JEFFREY BENTLEY, | : |
| Defendant. | : |

### ORDER

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this 1st day of July, 2005, that Defendant Bentley's pretrial motions shall be due on the 29th day of July, 2005.

Honorable Gregory M. Sleet
United States District Court

FILED
JUL - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE