# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Criminal Action No. 05-39-GMS |
| | : |
| JEFFREY BENTLEY, | : |
| | : |
| Defendant. | : |

## SUBSTITUTION OF COUNSEL

Please enter the appearance of Ferris Wharton, Assistant United States Attorney for the District of Delaware, in place of Anne Y. Park, Assistant United States Attorney for the District of Delaware, as counsel for the United States of America.

                                      COLM F. CONNOLLY
                                      United States Attorney

                BY:     /s/
                             Ferris Wharton
                             Assistant United States Attorney

Dated: July 14, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-39-GMS |
| | : | |
| JEFFREY BENTLEY, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Ferris Wharton, Assistant United States Attorney for the District of Delaware, hereby certify under penalty of perjury that on the 14th day of July, 2005, I electronically filed a SUBSTITUTION OF COUNSEL with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

                          /s/
                    Ferris Wharton
                    Assistant United States Attorney