

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

February 2, 2006

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, Delaware   19801

    **RE:   United States v. Jeffrey Bentley**
          <u>**Criminal Action No. 05-39-GMS**</u>

Dear Judge Sleet:

    This letter is to advise the Court that the government and the defendant, through defense counsel, have reached an agreement under which the defendant will offer a guilty plea in the above captioned case.  The parties request that the Court schedule a date for a change of plea hearing. I am enclosing an unexecuted copy of the Memorandum of Plea Agreement.

    Please let me know if the Court requires any further information.

                      Respectfully submitted,

                      COLM F. CONNOLLY
                      United States Attorney

            By:   /s/ Ferris W. Wharton
                      Ferris W. Wharton (ID# 945)
                      Assistant United States Attorney

cc: Eleni Kousoulis, Esquire