IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-39-GMS |
| ) | |
| JEFFREY A. BENTLEY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Ferris W. Wharton as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

        COLM F. CONNOLLY
        United States Attorney

By: _____
    Edmond Falgowski
    Assistant United States Attorney
    Nemours Building, #700
    P.O. Box 2046
    Wilmington, Delaware 19899-2046
    edmond.falgowski@usdoj.gov

Dated: March 27, 2006

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal Action No. 05-39-GMS |
| ) | |
| JEFFREY A. BENTLEY, ) | |
| ) | |
| Defendant.  ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on March 27, 2006, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

    Eleni Kousoulis, Esquire
    Ecf_ek@msn.com

*/s/ Sharon L. Bernardo*