IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-39-GMS |
| | : | |
| | : | |
| JEFFREY BENTLEY, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to Mr. Bentley's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _____ day of _____, 2006, that Defendant's sentencing hearing be re-scheduled for the _____ day of _____, 2006 at _____ a.m./p.m.

_____
The Honorable Gregory M. Sleet
United States District Court