IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-39-GMS |
| JEFFREY BENTLEY, | : | |
| Defendant. | : | |

### ORDER

In response to Mr. Bentley's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this __19th__ day of __May__, 2006, that Defendant's sentencing hearing be re-scheduled for the __29th__ day of __June__, 2006 at __9:30__ a.m./~~p.m.~~

The Honorable Gregory M. Sleet
United States District Court