IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 05-39-GMS ) |
| JEFFREY A. BENTLEY, | ) ) |
| Defendant. | ) |

**MOTION AND ORDER TO DISMISS**

    NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count 2 of the Indictment, pursuant to the Memorandum of Plea Agreement dated February 28, 2006.

    COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: July 12, 2006

**IT IS SO ORDERED** this 13th day of July, 2006.

_____
HONORABLE GREGORY M. SLEET
United States District Court